## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Malibu Media LLC
                         Plaintiff,

v.                                                Case No.: 1:14−cv−00085
                                                    Honorable Virginia M. Kendall

John Doe
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 5/8/2014. Plaintiff reports to the Court that this case has settled. This case is hereby dismissed without prejudice to become with prejudice on June 5, 2014. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.